IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL SILLAS,

      Plaintiff,

v.                                                      Civ. No. 08-0003 RB/RLP

CIBOLA COUNTY DETENTION
CENTER, *et al.*,

      Defendants.

ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation, and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court and that this case will be dismissed with prejudice.

IT IS THEREFORE ORDERED that the  Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

_____
Robert C. Brack
United States District Judge